Thomas S. Brazier, Esq./SBN 55484
Jeffrey F. Oneal, Esq./SBN 129072
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: 408-280-6800
Facsimile:  408-275-6284

Attorneys for Defendants
JOSE LUIS VILLARREAL and
JLV TRUCKING.

FILED
FEB 04 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| YVONNE FACHNER; ROBERT FACHNER,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSE LUIS VILLARREAL; JLV TRUCKING, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:12-CV-0365-AWI-GSA<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and here is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 28, 2012          LAW OFFICES OF MARK S. NELSON

                                  By: __/s/_____
                                      Mark S. Nelson
                                      Attorneys for Plaintiffs YVONNE FACHNER
                                      and ROBERT FACHNER

Dated: January 9, 2013            LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

                                  By: __/s/_____
                                      Jeffrey F. Oneal
                                      Attorneys for Defendants JOSE LUIS
                                      VILLARREAL and JLV TRUCKING

[signature]
2-1-13

1